DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICARII ZION COOK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1960

[August 5, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Phoebee Rebecca Francois, Judge; L.T. Case No. 062024MM010929A88810.

Gordon Weekes, Public Defender, and Lisa S. Lawlor, Chief Assistant Public Defender, Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Sabina Fernandez, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Santiago v. State,* 941 So. 2d 1277, 1279 (Fla. 4th DCA 2006) ("Whether an officer has the reasonable suspicion needed to justify an investigatory stop, based on the objective facts, depends on the totality of the circumstances observed in light of the officer's experience. Diverse facts have been recognized as useful in deciding whether reasonable suspicion exists, including: '[t]he time; the day of the week; the location; the physical appearance of the suspect; the behavior of the suspect; the appearance and manner of operation of any vehicle involved; anything incongruous or unusual in the situation as interpreted in the light of the officer's knowledge.'" (internal citations omitted)).

GROSS, LEVINE and FORST, JJ., concur.

\*          \*          \*

*Not final until disposition of timely-filed motion for rehearing.*